Andrew Gerber (admitted *pro hac vice*)
andrew@kgfirm.com
KUSHNIRSKY GERBER PLLC
27 Union Square West, Suite 301
New York, NY 10003
P: (212) 882-1320
    *Attorneys for Plaintiff Sara M. Lyons*

Nina D. Boyajian (SBN 246415)
boyajiann@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
P: (310) 586-7700
    *Attorneys for Defendant Zoetop Business Co., Ltd.*

Additional signatures listed on page 2.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA M. LYONS, <br>     *Plaintiff,* <br><br> v. <br><br> ZOETOP BUSINESS CO., LTD., D/B/A/ SHEIN and ROMWE <br><br>     *Defendant.* | Case No.: 8:21-cv-01477-FWS-DFM <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** <br><br> Judge:      Hon. Josephine L. Stanton <br> Mag. Judge:   Hon. Douglas F. McCormick |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Sara M. Lyons, by and through her undersigned counsel, and Defendant Zoetop Business Co., Ltd., by and through its undersigned counsel, being

all parties to this action, jointly stipulate and agree pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that this action and each and every count and claim asserted therein be dismissed with prejudice, with each party to bear their own costs, expenses, and fees.

Dated: September 23, 2022

Respectfully submitted,
KUSHNIRSKY GERBER PLLC

By: /s/ Andrew Gerber
Andrew Gerber

BYRON RAPHAEL LLP

Jordan Raphael (SBN 252344)
jraphael@byronraphael.com
1055 West 7th Street, Suite 3300
Los Angeles, CA 90017
P: (213) 291-9800

*Attorneys for Plaintiff Sara M. Lyons*

GREENBERG TRAURIG, LLP

By: /s/ Nina D. Boyajian
Nina D. Boyajian

Gregory A. Nylen (SBN 151129)
nyleng@gtlaw.com
GREENBERG TRAURIG, LLP
18565 Jamboree Road, Suite 500
Irvine, CA 92612
P: (949) 732-6500

*Attorneys for Defendant Zoetop Business Co., Ltd.*

**L.R. 5-4.3.4(a)(2)(i) Certification:**

I hereby attest that the concurrence of the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this document.

DATED:  September 23, 2022                    By: */s/ Andrew Gerber*
                                                                               Andrew Gerber