NOTE: CHANGES MADE BY COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA M. LYONS,<br><br>Plaintiff,<br><br>v.<br><br>ZOETOP BUSINESS CO., LTD.,<br>D/B/A/ SHEIN and ROMWE,<br><br>Defendant. | Case No.: 8:21-cv-01477-FWS-DFM<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE [66]**<br><br>Judge: Hon. Fred W. Slaughter |

///

///

///

Having read and considered the Parties' Joint Stipulation to Dismiss Case [66] (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

The above-captioned matter is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs, expenses, and fees. All other existing dates and deadlines in this matter are **VACATED**.

**IT IS SO ORDERED**.

Dated: September 28, 2022

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE